# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHANCE ANTONIO VIGIL, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. MJ08-336 <br><br> DETENTION ORDER |

<u>Offense charged</u>:

    Count 1:    Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841 (a)(1)

<u>Date of Detention Hearing</u>:    July 21, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

(2) There is little or no background information as defendant was not interviewed by Pretrial Services.

DETENTION ORDER      15.13 <br>
18 U.S.C. § 3142(i)      Rev. 1/91 <br>
PAGE 1

(3) Defendant has no contacts with this jurisdiction.

(4) Defendant is detained without prejudice to renew application for bond upon his initial appearance in the U.S. District Court, Eastern District of California.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of July, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge